**STATE of Missouri, Respondent,**

v.

**John D. SCHERER, Appellant.**

**No. WD 43250.**

Missouri Court of Appeals, Western District.

Sept. 3, 1991.

*Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1991.*

Application to Transfer Denied Dec. 17, 1991.

Appeal from the Circuit Court of Clay County; John R. Hutcherson, Judge.

Katherine E. Ladesh, Dist. Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from conviction for stealing over $150.00, § 570.030, RSMo 1986, and sen-

tence as a prior offender to two years imprisonment.

Judgment affirmed. Rule 84.16(b).